IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN A. MCLEOD,

    Plaintiff,

v.                                        CASE NO. 4:15cv211-RH/CAS

CORIZON HEALTH, INC. et al.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 9, and the objections, ECF No. 12. I have reviewed *de novo* the issues raised by the objections.

    As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g). The plaintiff says he is in imminent danger of serious physical injury, but the factual allegations, even when accepted as true, do not rise to that level. The plaintiff cannot proceed *in forma pauperis*. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on May 13, 2015.

s/Robert L. Hinkle
United States District Judge